# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 754 CAP |
| | : | |
| Appellee | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| HAROLD MURRAY IV, | : | |
| | : | |
| Appellant | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 31st day of August, 2017, the Petition for Review of Interlocutory Orders is DENIED.